NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**PRICEPLAY, INC. (FORMERLY PERFORMANCE
PRICING, INC.),**
*Plaintiff-Appellant,*

v.

**GOOGLE, INC. AND AOL LLC,**
*Defendants-Appellees.*

_____

2010-1306

_____

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0432, Circuit Judge Randall R. Rader, sitting by designation.

_____

**ON MOTION**

_____

**O R D E R**

Performance Pricing, Inc. moves without opposition for PricePlay, Inc. to be substituted for Performance Pricing, Inc. pursuant to Rule 43(b) of the Federal Rules of Appellate Procedure. The appellant also moves for a 21-day extension of time, until November 15, 2010, to file its reply brief.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to substitute is granted. The revised official caption is reflected above.

(2) The motion for an extension of time is granted.

FOR THE COURT

**OCT 2 1 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gregory S. Dovel, Esq.
     Charles K. Verhoeven, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 1 2010

JAN HORBALY
CLERK